# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>Reynaldo SALMERON-Chavez,<br><br>           Defendant. | Case No.: 21MJ0087<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18 U.S.C., Sec. 111(a)(1) – Assault on a Federal Officer (Felony) |

The undersigned complainant being duly sworn states:

On or about January 11, 2021, within the Southern District of California, defendant Reynaldo SALMERON Chavez, did knowingly and intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with a person named in Title 18, United States Code, Section 111, to wit Department of Homeland Security, United States Customs and Border Protection Officer Ryan Cronin, in that defendant struck Officer Cronin with his closed fist, while Officer Cronin was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1), a felony. The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

 

                                                  Special Agent Vincenzo L. Zoni
                                                  Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 12th DAY OF JANUARY 2021.

                                                  HON ALLISON H. GODDARD
                                                U.S. MAGISTRATE JUDGE

# **PROBABLE CAUSE STATEMENT**

On January 11, 2021, at approximately 9:52 AM, Reynaldo SALMERON-Chavez, ("MARQUEZ"), a Mexican citizen, applied for entry into the United States from Mexico through the Otay Mesa Port of Entry pedestrian lanes. SALMERON attempted to enter through the lanes but had no documents that would permit him to enter the United States.

A Customs and Border Protection Officer informed SALMERON he would need proper documents to enter. SALMERON continued to stand near the officer before he used a closed fist to strike the officer in the face. SALMERON then returned back into Mexico. Approximately three minutes later, SALMERON returned to the line, cross into the United States and surrendered to officers.

SALMERON was placed under arrest at approximately 9:55 AM.

During a post-Miranda interview, SALMERON admitted to striking the officer and stated he was told to by the device that was planted in his head.

SALMERON was arrested and charged with a violation of Title 18, United States Code, 111, Assault on a Federal Officer.

1